KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    Fax: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06 547 CRB |
| Plaintiff, ) | |
| v. ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| RAMON COFIELD, ) | |
| Defendant. ) | |

    To the Honorable Charles R. Breyer, United States District Judge for the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Ramon Cofield. The prisoner is required to appear in the above-referenced matter FORTHWITH for his initial appearance before the district court in

//

//

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 06 547 CRB

1 | the above-referenced case.  His place of custody and jailor are set forth in the following writ.

3 | DATED:  August 30, 2006                    Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s_____
ROBERT DAVID REES
Assistant United States Attorney

9 | IT IS SO ORDERED.

11 | DATED: August 30, 2006

[signature]

HON. CHARLES R. BREYER
United States District Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 06 547 CRB
2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the San Quentin State Prison, San Quentin, CA.

**GREETINGS**

The prisoner, Ramon Cofield, CDC #F38506, is in custody in the above-referenced institution. He is required to appear on September 13, 2006 at 2:15PM on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH. You shall bring him before the Honorable Charles R. Breyer, 19th Floor, at 2:15PM on September 13, 2006. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Charles R. Breyer, United States District Judge of the United States District Court for the Northern District of California.

DATE: August 30, 2006

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 06 547 CRB