KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7210
    Fax:  (415) 436-7234
    Email:  robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAMON COFIELD,<br><br>    Defendant. | No. CR 06 0547 CRB<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 13, 2006 TO OCTOBER 4, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the next hearing date before the district court currently set for September 13, 2006, and resetting the hearing date to October 4, 2006 at 2:15P.M. before the Honorable Charles R. Breyer, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 13, 2006 to October 4, 2006.  The parties agree, and the Court finds and holds, as follows:

    1. The defendant agrees to an exclusion of time under the Speedy Trial Act.  Because the defendant is currently in state custody and still unavailable to appear pending the execution of a writ of habeas corpus ad prosequendum, time is appropriately excluded under § 3161(h)(3)(A). Further, due to investigation into issues surrounding Mr. Cofield's state-court sentence and their

1  relationship to these charges, such time is necessary for the adequate preparation of defense
2  counsel.  § 3161(h)(8)(A).
3      2.  Given these circumstances, the Court finds, and the parties agree with the consent of
4  the defendant, that the ends of justice served by excluding the period from September 13, 2006 to
5  October 4, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  §
6  3161(h)(8)(A).
7      3.  Accordingly, and with the consent of the defendant, the Court vacates the hearing
8  currently scheduled for September 13, 2006, and instead orders the parties to appear for an
9  hearing on October 4, 2006 at 2:15P.M..  The Court further orders that the period from
10 September 13, 2006 to October 4, 2006 be excluded from Speedy Trial Act calculations under 18
11 U.S.C. § 3161(h)(3)(A) & (h)(8)(A).

13      IT IS SO STIPULATED:

15 DATED:  September 13, 2006            _____/s_____
                                         MARK IVERSON, ESQ.
16                                       Attorney for Defendant

18 DATED:  September 13, 2006            _____/s_____
                                         ROBERT DAVID REES
19                                       Assistant United States Attorney

21      IT IS SO ORDERED.

23 DATED:  _Sept. 13, 2006_              _____
                                         HON. CHARLES R. BREYER
24                                       United States District Judge



2