KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Fax: (415) 436-7234
   Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06 0547 CRB |
|    Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE** |
| RAMON COFIELD, ) | |
|    Defendant. ) | |

     The parties hereby stipulate that sentencing in this matter be continued from Wednesday, January 10, 2007 at 2:15PM to an available date in late March 2007. The reasons for the stipulation for the continuance request are as follows:

     Due to a miscommunication, U.S. Probation did not receive information regarding Mr. Cofield until a few weeks before the Presentence Report ("PSR") was due. Additionally, due to staffing issues, U.S. Probation reports that it will take approximately three more months from now to complete Mr. Cofield's PSR.

     Accordingly, the parties submit that good cause exists to continue the sentencing hearing and the consequent due date for the filing of sentencing memoranda until a point

//

Stipulation and Order Continuing Sentencing Date, CR 06 547 CRB

in late March 2007.

**IT IS SO STIPULATED**.

DATED:   January 5, 2007           KEVIN V. RYAN
                                    United States Attorney

                                    _____/s_____
                                    ROBERT DAVID REES
                                    Assistant U.S. Attorney

DATED:   January 5, 2007           _____/s_____
                                    MARK IVERSON, ESQ.
                                    Attorney for Defendant

    Based on the facts and representations set forth above, the Court **HEREBY ORDERS** that the sentencing hearing is continued from January 10, 2007 to March 21, 2007 at 2:15PM. The Court **FURTHER ORDERS** that the due date for the parties' sentencing memoranda is also continued to a date one week before the March 21, 2007 sentencing hearing.

DATED:   January 8, 2007           _____
                                    HON. CHARLES R. BREYER
                                    United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Stipulation and Order Continuing Sentencing Date, CR 06 547 CRB